1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  RACHELLE BARBOUR, #185395
   Research & Writing Attorney
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   rachelle.barbour@fd.org916-498-5700/Fax 916-498-5710
5
   Attorney for Defendant
6  LESLIE AVERILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  Cr.S.  10-0095-LKK |
|---|---|
| Plaintiff, | ) APPLICATION AND ORDER APPOINTING ) COUNSEL |
| vs. | ) |
| LESLIE AVERILL, | ) |
| Defendant. | ) |

LESLIE AVERILL through the Federal Defender for the Eastern District of California, hereby requests appointment of the Office of the Federal Defender, through RACHELLE BARBOUR, Research and Writing Attorney, to represent him in this case.

Mr. Averill was referred to the Federal Defender's Office by the United States Probation Office to assist him in filing a motion for early termination of his supervised release pursuant to 18 U.S.C. § 3583(e)(1).  The Federal Defender's Office has received a financial affidavit that indicates that Mr. Averill qualifies for appointed counsel.  The Federal Defender's Office is

/ / /

/ / /

/ / /

/ / /

-1-

1 | respectfully requesting appointment to represent Mr. Averill.

2 | DATED: September 24, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle Barbour

RACHELLE BARBOUR
Research and Writing Attorney

Having satisfied the Court that he is unable to employ counsel, the court hereby appoints the Federal Defender's Office pursuant to 18 U.S.C. § 3006A.

Dated: September 24, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE